UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-133-FDW-DCK

| | |
|---|---|
| CLAUDETTE FRANZ and RICHARD M. KAUFMAN, <br><br>  Plaintiff, <br><br> vs. <br><br> CAPITAL ONE BANK (USA), N.A., CAPITAL ONE SERVICES, LLC, ARS NATIONAL SERVICES, INC., MIDLAND FUNDING, LLC, MIDLAND CREDIT MANAGEMENT, INC., and RECEIVABLES PERFORMANCE MANAGEMENT, LLC, <br><br>  Defendants. | ORDER TO REMAND |

THIS MATTER is before the Court on Plaintiffs' Motion to Remand (Doc. No. 21) the above-captioned case to the Superior Court of Union County, North Carolina. All parties consent to Plaintiffs' Motion to Remand. (Doc. No. 22).

IT IS, THEREFORE, ORDERED that the above-captioned case is remanded to Union County, North Carolina, pursuant to 28 U.S.C. 1447.

The Clerk of Court is hereby ordered to close the case and transfer the case file to the Union County Clerk of Court.

IT IS SO ORDERED.

Signed: April 10, 2017

Frank D. Whitney
Chief United States District Judge