# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Richard M. Kaufman<br>Claudette Franz**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00133-FDW-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Midland Funding, LLC<br>Capital One Bank (USA), N.A.<br>Midland Credit Management, Inc.<br>Capital One Services, LLC<br>Receivables Performance Management LLC<br>ARS National Services, Inc.**,**<br>Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 10, 2017 Order.

April 10, 2017

Frank G. Johns, Clerk
United States District Court